L. JOHNSON v. E. D. SPARKS. (3 Div. 560.) Court of Appeals of Alabama. March 27, 1928. Rehearing Denied April 10, 1928.

George F. Smoot, Judge. Gipson & Booth, of Prattville, for appellant. Guy Rice, of Prattville, for appellee.

RICE, J. Affirmed.

(114 So. 923)

Clarence JOHNSON v. STATE. (2 Div. 376.) Court of Appeals of Alabama. Nov. 8, 1927.
H. F. Reese, Judge. Second degree murder.

BRICKEN, P. J. Appeal dismissed.

(114 So. 923)

Frank JOHNSON v. STATE. (5 Div. 678.) Court of Appeals of Alabama. Nov. 29, 1927.

George F. Smoot, Judge.

SAMFORD, J. Appeal dismissed.

(111 So. 925)

George JOHNSON v. STATE. (8 Div. 545.) (Court of Appeals of Alabama. Feb. 1, 1927.)

J. E. Horton, Judge.

RICE, J. Affirmed.

(116 So. 925)

Jack JOHNSON v. STATE. (6 Div. 345.) Court of Appeals of Alabama. April 24, 1928. Rehearing Stricken May 15, 1928.
R. L. Blanton, Judge.

BRICKEN, P. J. This appellant was convicted under count 2 of an indictment which charged him, in proper form and substance, with the offense of unlawfully having a still, etc., in his possession to be used for the purpose of manufacturing prohibited liquors, etc. This appeal is upon the record proper, and this record is without error. Let the judgment of conviction, from which this appeal was taken, stand affirmed. Affirmed.

(116 So. 925)

Jim JOHNSON v. STATE. (4 Div. 344.) Court of Appeals of Alabama. April 3, 1928.

W.
L. Parks, Judge. Violating prohibition law.

SAMFORD, J. Appeal dismissed.

(112 So. 923)

Malcom JOHNSON v. STATE. (4 Div. 279.) Court of Appeals of Alabama. April 12, 1927.

J. S. Williams, Judge.

RICE, J. Affirmed.

(117 So. 925)

Paul JOHNSON v. STATE. (7 Div. 405.) Court of Appeals of Alabama. June 5, 1928.

R. B. Carr, Judge. Distilling.

BRICKEN, P. J. Appeal dismissed.

(116 So. 925)

Andrew JONES v. STATE. (6 Div. 365.) Court of Appeals of Alabama. April 24, 1928.

J. Russell McElroy, Judge. Manslaughter.

RICE, J. Appeal dismissed.

(112 So. 923)

Truly JONES v. STATE. (8 Div. 548.) Court of Appeals of Alabama. May 24, 1927.

W. R. Jackson, Judge.

SAMFORD, J. Appeal dismissed.

(113 So. 917)

Henry, alias Dolph, JORDAN v. STATE. (3 Div. 563.) Court of Appeals of Alabama. May 24, 1927. On Rehearing, June 30, 1927.

John D. Leigh, Judge. Hybart, Hare & Dickey, of Evergreen, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Appellant, tried under an indictment charging murder in the first degree, was convicted of the offense of murder in the second degree, and his punishment fixed at imprisonment in the penitentiary for a term of 10 years. A discussion of the evidence is not required. The trial court's oral charge, in connection with the written charges given at defendant's request, fully and accurately covered the law of the case. The written charges refused to defendant have each been examined, and it is clear that in each instance of refusal the principal of law embraced in the charge, if correct and applicable, was substantially given to the jury in other forms. We find no prejudicial error in the refusing of any of said charges. We have carefully examined the few exceptions reserved on the taking of testimony, and find the rulings of the court in each instance free from error. The principles of law involved are of the simplest nature, and no discussion seems called for. Finding nowhere any prejudicial error, the judgment is affirmed. Affirmed.

## On Rehearing.

It appears that the purported judgment of conviction in this case is not different in any particular from that condemned in Dan Presley v. State (3d Div. 555), ante, p. 167, 113 So. 485, and upon the authority of the decision in that case the application for rehearing is granted, and the judgment here appealed from is reversed, and the cause remanded. Reversed and remanded.